UNITED STATES DISTRICT COURT
FOR THE
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

       v.                                     Crim. No. 5:12-MJ-2060

VINCENT L. FORNARA

     On November 6, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                            Respectfully submitted,

/s/ Robert K. Britt                                  /s/ Nikki Allen
Robert K. Britt                                             Nikki Allen
Senior U.S. Probation Officer                    Probation Officer

**ORDER OF COURT**

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this 23rd day of June, 2014.

                                                               James E. Gates
                                                               U.S. Magistrate Judge